# Register of Actions

|  | **Filed by Plaintiff/Petitioner** | **Case Number:** 2021CV030090 | **Division:** 204 |
| --- | --- | --- | --- |
|  | **Filed by Defendant/Respondent** | **Case Type:** Breach of Contract | **Judicial Officer:** John E Scipione |
|  | **Filed by Court** | **Case Caption:** Schlote, Katherine v. Secura Insurance Company et al | **Court Location:** Arapahoe County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
| --- | --- | --- | --- | --- | --- | --- | --- |
| A15D5D639BEF5* | 03/30/2021 1:50 PM | Elaine Katherine Stafford | Lambdin & Chaney, LLP | Secura Insurance A Mutual Company, Secura Insurance Company (more) | Notice of Removal | Notice of Removal of State District Court Case to United States District Court for the District of Colorado | Public |
|  |  |  |  |  | Exhibit - Attach to Pleading/Doc | Exhibit A to Notice of Removal of State District Court Case to United States District Court for the District of Colorado | Protected |
| N/A (Details) | 03/22/2021 9:52 AM | John E Scipione | Arapahoe County | N/A | Order | Delay Reduction Order | Public |
| 1C23A79C3D047 | 03/11/2021 3:53 PM | Thomas Joseph Tomazin Esq. | Tomazin Hillyard and Clor LLP | Katherine Schlote | Return of Service | Return of Service - Secura Insurance, A Mutual Company was served on March 9 2021 through the Attorney Generals Office with the Summons Complaint Civil Case Cover Sheet Delay Reduction Order and Order Regarding Plan for Settlement | Public |
|  |  |  |  |  | Return of Service | Return of Service - Secura Supreme Insurance Company was served on March 9 2021 through the Attorney Generals Office with the Summons Complaint Civil Case Cover Sheet Delay Reduction Order and Order Regarding Plan for Settlement | Public |
| N/A (Details) | 01/15/2021 11:56 AM | John E Scipione | Arapahoe County | N/A | Order - Case Management | Delay Reduction Order & Order Regarding Plan For Settlement | Public |
| 8FBDF295F5CAF | 01/15/2021 11:43 AM | Thomas Joseph Tomazin Esq. | Tomazin Hillyard and Clor LLP | Katherine Schlote | Complaint | Complaint | Public |
|  |  |  |  |  | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
| --- | --- | --- | --- |
| Katherine Schlote | Plaintiff | Active | THOMAS JOSEPH TOMAZIN (Tomazin Hillyard and Clor LLP) |
| Secura Insurance A Mutual Company | Defendant | Active | N/A |

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Secura Insurance Company | Defendant | Active | N/A |
| Secura Insurance Holdings Inc | AKA | Active | N/A |
| Secura Supreme Insurance Company | Defendant | Active | N/A |

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Secura Insurance Company | Defendant | Active | N/A |
| Secura Insurance Holdings Inc | AKA | Active | N/A |
| Secura Supreme Insurance Company | Defendant | Active | N/A |