☐ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

DATE FILED: January 15, 2021 11:43 AM
FILING ID: 8FBDF295F5CAF
CASE NUMBER: 2021CV30090

| | |
|---|---|
| DISTRICT COURT, COUNTY OF ARAPAHOE, STATE OF COLORADO<br><br>Court Address: 7325 S. Potomac Street<br>Centennial, CO 80112<br>(303) 649-6355<br><br>**Plaintiff:** KATHERINE SCHLOTE<br><br>**v.**<br><br>**Defendant:** SECURA INSURANCE COMPANY a/k/a SECURA INSURANCE HOLDINGS, INC., SECURA SUPREME INSURANCE COMPANY and SECURA INSURANCE, A MUTUAL COMPANY | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff:*<br>Thomas J. Tomazin, Esq., #5941<br>Tomazin Hillyard & Clor, LLP<br>4643 S. Ulster Street, Suite 1200<br>Denver, CO 80237<br>Phone: (303) 771-1900<br>Fax: (303) 793-0923<br>Email: tom@thedenverinjurylawfirm.com | Case Number:<br><br><br><br>Division:    Courtroom: |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,
COUNTERCLAIM, CROSS-CLAIM OR THIRD-PARTY COMPLAINT
AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third-party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

☒ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Dated this 15th day of January 2021.

Respectfully submitted,

*This document was filed via CCE e-file system. The originally signed copy is on file at the offices of Tomazin, Hillyard & Clor, LLP*

*/s/ Thomas J. Tomazin*
Thomas J. Tomazin, Esq. #5941

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third-party complaint.

*In accordance with C.R.C.P. 121 §1-26(9), a printed copy of this document with original signature(s) is maintained by Tomazin Hillyard & Clor, LLP,, and will be made available for inspection by other parties or the Court upon request.*