| | |
|---|---|
| DISTRICT COURT<br>ARAPAHOE COUNTY, COLORADO<br>Arapahoe County Justice Center<br>7325 S. Potomac St.<br>Centennial, CO 80112 | ▲ COURT USE ONLY ▲<br>DATE FILED: January 15, 2021 11:56 AM<br>CASE NUMBER: 2021CV30090 |
| Plaintiff(s):   KATHERINE SCHLOTE<br><br>v.<br><br>Defendant(s):   SECURA INSURANCE COMPANY a/k/a SECURA INSURANCE HOLDINGS, INC., SECURA SUPREME INSURANCE COMPANY and SECURA INSURANCE, A MUTUAL COMPANY | Case Number: 2021CV30090<br><br>Division: 204 |

**DELAY REDUCTION ORDER**

(FOR CASES FILED ON OR AFTER JULY 1, 2015)

This Court is on a delay reduction docket.

A. For all civil actions, the following deadlines must be met:

  1. <u>Service of Process</u>:  Returns of service on all defendants shall be filed within 63 days after the date of the filing of the complaint.

  2. <u>Default Judgment</u>:  Application for default judgment shall be filed within 35 days after default has occurred.

  3. <u>Trial Setting</u>:

   a. For actions governed by C.R.C.P. 16, the trial shall be set at the case management conference.  Pursuant to C.R.C.P. 16(d)(1), the case management conference shall be held no later than 49 days after the case is at issue. The responsible attorney shall file and serve a notice to set the case management conference no later than 7 days after the case is at issue. The proposed case management order is due no later than 7 days prior to the conference.

    i. "The responsible attorney" shall mean plaintiff's counsel, if the plaintiff is represented by counsel, or if not, the defense counsel who first enters an appearance in the case.

    ii. A case shall be deemed at issue when all parties have been served and all pleadings permitted by C.R.C.P. 7 have been filed or defaults or dismissals have been entered against all non-appearing parties, or at such other time as the Court may direct.

      b. For actions governed by Simplified Procedure under C.R.C.P. 16.1, the responsible attorney shall set the case for trial pursuant to C.R.C.P. 121, 1-6 no later than 42 days after the case is at issue, unless otherwise ordered by the Court.

           i. "The responsible attorney" shall mean plaintiff's counsel, if the plaintiff is represented by counsel, or if not, the defense counsel who first enters an appearance in the case.

           ii. A case shall be deemed at issue when all parties have been served and all pleadings permitted by C.R.C.P. 7 have been filed or defaults or dismissal have been entered against all non-appearing parties, or at such other time as the Court may direct.

B.     A District Court Civil Cover Sheet (JDF 601) shall be filed with all civil complaints.

C.     Plaintiff shall send a copy of this Order to all other parties who enter an appearance, and shall file a certificate of mailing within 14 days following the entry of appearance.

D.     Any attorney entering an appearance in this case who is aware of a related case is ordered to complete and file in this case a document entitled "Information Regarding Case(s)" informing the Court of the related case(s) and stating whether consolidation is appropriate.

E.     If an attorney or pro se party fails to comply with this Order, the Court may dismiss the case without prejudice.

Date:   January 15, 2021

                                         BY THE COURT:
                                         ASSIGNED JUDGE

| | |
|---|---|
| DISTRICT COURT<br>ARAPAHOE COUNTY, COLORADO<br>Arapahoe County Justice Center<br>7325 S. Potomac St.<br>Centennial, CO 80112 | ▲ COURT USE ONLY ▲ |
| Plaintiff(s):<br><br>v.<br><br>Defendant(s): | Case Number:<br><br>Division: |
| **ORDER REGARDING PLAN FOR SETTLEMENT PURSUANT TO C.R.C.P. 16(b)(7) and C.R.S. §§ 13-22-311, 313** | |

The following Orders apply to this case.

1. This Order applies to all civil cases filed at this Court.

2. No later than 35 days after the case is at issue, the parties shall explore the possibility of a prompt settlement or resolution of the case.

3. No later than 42 days after the case is at issue, the parties shall submit a document entitled "Stipulated Plan Regarding Settlement" setting forth their plans for future efforts to settle the case to the Court. Unless notified otherwise by the Court, the Stipulated Plan Regarding Settlement is automatically adopted as an Order of the Court.

   The Stipulated Plan Regarding Settlement (ADR Plan) must include the following:

   a. Specification of the selected form of ADR. The parties may select any form of ADR defined in C.R.S. § 13-22-302.

   b. Designation of a provider who has been contacted and has agreed to provide ADR services to the parties. The parties may select any provider available in the community including Office of Dispute Resolution (ODR). ODR offers moderately priced mediation and other ADR services. ODR can be scheduled at www.ColoradoODR.org or call 720-625-5940.

4. If no stipulated plan is submitted within 42 days of the case being at issue, the Court-ordered plan shall be that the parties must participate in mediation with ODR no later than 63 days prior to the trial date.

5. Failure to comply with this Order may result in sanctions including, but not limited to, loss of trial date.

6. The parties must certify in the proposed Trial Management Order (due 28 days before trial) that they have complied with the Stipulated Plan Regarding Settlement or with ODR pursuant to paragraph 3 above.

7. Plaintiff shall send a copy of this Order to all other parties who enter an appearance and shall file a certificate of mailing within 14 days following the entry of appearance.

                                                BY THE COURT:
                                                ASSIGNED JUDGE