# DISTRICT COURT, ARAPAHOE COUNTY, COLORADO
7325 South Potomac Street, Centennial, CO 80112

**Plaintiff**

KATHERINE SCHLOTE

v.

**Defendant**

SECURA INSURANCE COMPANY A/K/A SECURA INSURANCE HOLDINGS, INC., SECURA SUPREME INSURANCE COMPANY AND SECURA INSURANCE, A MUTUAL COMPANY

**Affidavit of Service**

DATE FILED: March 11, 2021 3:53 PM
FILING ID: 2D1CA3A09C3D047
CASE NUMBER: 2021CV30090

Case #: 2021CV30090

Recieved on **March 09, 2021 at 8:30 am**

I, **Fred Lowe**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **March 09, 2021 at 2:20 pm**, I executed service of a **DISTRICT COURT CIVIL SUMMONS; COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND; DELAY REDUCTION ORDER (FOR CASES FILED ON OR AFTER JULY 1, 2015); ORDER REGARDING PLAN FOR SETTLEMENT PURSUANT TO C.R.C.P. 16(B)(7) AND C.R.S. §§ 13-22-311.313**, on SECURA INSURANCE, A MUTUAL COMPANY at Attorney General's Office, 1300 Broadway, Denver, Denver County, CO 80202.

By Government Agency Service: MARIA FRAYRE - ADMINISTRATIVE ASSISTANT II

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed on March 10, 2021 at Littleton, Colorado

_____
Fred Lowe

**Field Sheet Id:** 13156
**Client Reference:** Schlote

Page 1 of 1
Process ServerSoftware Pro