| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY<br>STATE OF COLORADO<br>7325 S. Potomac Street<br>Centennial, CO 80112 | DATE FILED: March 22, 2021 9:52 AM<br>CASE NUMBER: 2021CV30090 |
| **Plaintiff(s):** KATHERINE SCHLOTE<br><br>v.<br><br>**Defendant(s):** SECURA INSURANCE COMPANY a/k/a SECURA INSURANCE HOLDINGS, INC., SECURA SUPREME INSURANCE COMPANY and SECURA INSURANCE, A MUTUAL COMPANY | ▲COURT USE ONLY▲<br><br>Case No.: 2021CV30090<br><br>Division: 204 |
| **DELAY REDUCTION ORDER** | |

Upon review of the case, it has come to the Court's attention that the following issues exist, yet no action has been taken:

☒ Service of Complaint on Defendant(s) **SECURE INSURANCE COMPANY;**
☐ Answer(s) to Complaint not filed;
☐ One or more parties may have defaulted; No entry of default requested for defaulted parties.
☐ Case has not been set for trial.

Accordingly, the Court notifies parties that the complaint will be dismissed without prejudice and without further notice **thirty-five (35) days** from the date of this Order unless Plaintiff takes one of the following indicated action(s):

☒ Files proof of service;
☐ Requests entry of default judgment in full compliance with C.R.C.P. 121 § 1-14 for those served who have failed to answer;
☐ Dockets this matter for trial;
☒ Files a proper motion to dismiss;
☒ Files a stipulation for settlement;
☒ Files a statement showing good cause to avoid dismissal.

**IT IS SO ORDERED THIS** Monday, March 22, 2021.

BY THE COURT:

John E. Scipione
District Court Judge