| | |
|---|---|
| DISTRICT COURT, COUNTY OF ARAPAHOE<br>STATE OF COLORADO<br><br>Address:   7325 S. Potomac Street<br>               Centennial, CO 80112<br>               (303) 649-6355<br>_____<br><br>**Plaintiff:  KATHERINE SCHLOTE**<br><br>**v.**<br><br>**Defendants:  SECURA INSURANCE COMPANY a/k/a SECURA INSURANCE HOLDINGS, INC., SECURA SUPREME INSURANCE COMPANY and SECURA NSURANCE, A MUTUAL COMPANY**<br>_____<br>**Attorneys for Defendants:**<br>L. Kathleen Chaney, #29358<br>Elaine K. Stafford, #17879<br>Lambdin & Chaney, LLP<br>4949 S. Syracuse Street, Suite 600<br>Denver, Colorado 80237<br>Telephone: (303) 799-8889<br>Facsimile:  (303) 799-3700<br>E-mail: kchaney@lclaw.net; estafford@lclaw.net | **COURT USE ONLY**<br>_____<br><br>Case Number:  2021CV30090<br><br>Division:  204 |
| **NOTICE OF REMOVAL OF STATE DISTRICT COURT CASE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** ||

TO:  PLAINTIFF, KATHERINE SCHLOTE, AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on the 30th day of March, 2021, Defendants, Secura Insurance Company a/k/a Secura Insurance Holdings, Inc., Secura Supreme Insurance Company and Secura Insurance, a Mutual Company (hereinafter "Secura"), filed its Notice of Removal of this action to the United States District Court for the District of Colorado a copy of which is attached hereto as ***Exhibit A.***

DATED this 30th day of March, 2021.

Respectfully submitted,

LAMBDIN & CHANEY, LLP

By: */s/ Elaine K. Stafford*
L. Kathleen Chaney, #29358
Elaine K. Stafford, #17879
*Attorney(s) for Defendants*

*Printed copy with original signature available for inspection at the office of Lambdin & Chaney, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2021, a true and correct copy of the foregoing **NOTICE OF REMOVAL OF STATE DISTRICT COURT CASE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** was filed with the Court and served via Colorado E-Filing to the following:

Thomas J. Tomazin, Esq.
Tomazin, Hillyard & Clor, LLP
4643 S. Ulster Street, Suite 1200
Denver, 80237
tom@TheDenverInjuryLawFirm.com

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

*/s/ Robert A. Belich*
Robert A. Belich