

Skip to content | About Secretary Griswold | Español

🔍 Search

☰ Voter menu

# My Voter Registration

[Versión en Español](#)

> **Warning:** It is against the law to knowingly submit false information or to tamper with another person's voter registration information.

**Name** KATHERINE ROBIN SCHLOTE

| Voter Details | Ballot Information | County & District Information |

**Name** KATHERINE ROBIN SCHLOTE
**Birth Year** 1969

## Registration

**Voter ID** 5873016
**Date of Registration** 08/14/2001
**Registration Status** Active
**Party Affiliation** Democratic
**Date of Affiliation** 08/14/2001

## Voter Information

**Residential Address** 9878 BAYOU RIDGE TRL, PARKER, CO, 80134-5138

[ New Search ]   [ Edit ]