

PO Box 819
Appleton, WI 54912-0819
secura.net

**Change Effective 05/30/2016**              050036

Policy Number:         PX 267 98 26
Policy Period From:    05/30/2016 · to  05/30/2017

| NAMED INSURED AND MAILING ADDRESS: | AGENCY NAME AND ADDRESS: |
|---|---|
| MICHAEL & KATHERINE SCHLOTE<br>9878 BAYOU RIDGE TRL<br>PARKER CO 80134 | THE YOUNG INS GROUP          050036<br>RD STE A-205<br>7200 E DRY CREEK<br>CENTENNIAL CO 80112<br><br>TELEPHONE: (303) 660-0470<br><br>If you have a claims emergency and cannot contact your agent, please call 1-800-828-7047. |

## MILE-STONE GOLD CHANGE SUMMARY

This change summary amends the coverage provided by your policy and should be considered part of your insurance contract. The following lists the changes to your policy and the premium adjustment. The premiums include any applicable credits.

### PREMIUM SUMMARY

| | | |
|---|---|---|
| Policy Change Premium . . . . . . . . . . $ 629 | **Billing Plan:** | Full Pay |
| Total Annual Policy Premium. . . . . . . $ 4,447 | Account Number: | 7228917 |
| | **Mortgagee Bill:** | Primary Residence |
| This is not a bill.  Invoices are mailed separately when applicable. | Account Number: | 7228917S |

### THIS POLICY HAS CHANGED FOR THE FOLLOWING REASONS:
ADDED MICHAEL JR AS PRIMARY DRIVER ON 2000 TOYOTA CAMRY WITHOUT GOOD
STUDENT DISCOUNT - NO GRADES RECEIVED
UMBRELLA WAS UPDATED
AGT ENTERED - CHAD

## COMMON POLICY INFORMATION

### FORMS APPLICABLE TO POLICY
PKE 2002 1510         Amendment of Policy Provisions-Colorado
PKE 0123 1504         MILE-STONE Gold

## AUTO COVERAGE

If this policy or other policies issued to you by us insures two or more autos, only the coverages and limits shown in the Declarations for the auto involved in an accident, *occurrence* or loss will apply.

### COVERED AUTO(S)

| Auto | Symbol | Year | Trade Name Type | Vehicle Ident. Number | Class | Terr |
|---|---|---|---|---|---|---|
| 1 | 3004753833 | 2011 | TOYOTA TUNDRA | 5TFHY5F10BX166151 | 446J20 | 020 |
| 2 | | 2011 | ROCKWOOD WOO | 4X4TRLW26BD109582 | 941000 | 020 |
| 3 | 2854953122 | 2011 | TOYOTA VENZA | 4T3BK3BB8BU052817 | 247D20 | 020 |
| 4 | 30051012 | 2000 | TOYOTA CAMRY | JT2BG22KXY0477554 | 117A20 | 020 |

### DRIVER INFORMATION

| NAME | DATE OF BIRTH | GENDER | MARITAL STATUS | DRIVERS LICENSE NUMBER |
|---|---|---|---|---|
| MICHAEL  SCHLOTE | 06/13/1968 | M | Married | CO 012360291 |
| KATHERINE  SCHLOTE | 09/13/1969 | F | Married | CO 012260331 |
| MICHAEL  SCHLOTE | 03/04/1999 | M | Single | CO 142231353 |

050036

| NAMED INSURED | POLICY PERIOD | POLICY NUMBER |
|---|---|---|
| MICHAEL & KATHERINE SCHLOTE | 05/30/2016 to 05/30/2017 | PX 267 98 26 |

### AUTO 1    2011  TOYOTA TUNDRA           5TFHY5F10BX166151

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| Bodily Injury Liability | 500,000 Each Person/500,000 Each Occurrence | |
| Property Damage Liability | 500,000 Each Occurrence | |
| Car Damage Collision | Actual Cash Value Less $1,000 Deductible | |
| Car Damage Other Than Collision | Actual Cash Value Less $1,000 Deductible | |
| MILE-STONE Gold | | |
| Includes Access to Roadside Rescuer Program | | |

**CHANGE PREMIUM** ........................................................................................................................... **NIL**
**TOTAL ANNUAL PREMIUM**........................................................................................................$   **731**

**Includes the following Discounts and/or Surcharges:**
Claim Free/Violation Free Discount          Elite Drivers Discount
Financial Stability Discount                Multi-Car Discount
Package Discount                            Select Pay Plan Discount
Valued Policyholder Discount

**DRIVERS FOR AUTO 1**
    Principal Driver:  KATHERINE  SCHLOTE          Occasional Driver:

| Usage | Miles to Work | Days per Week | Annual Mileage | Years Insured |
|---|---|---|---|---|
| Work | 9 | 5 | 7,500 | 5 |

### AUTO 2    2011  ROCKWOOD WOO           4X4TRLW26BD109582

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| Bodily Injury Liability | Refer to Policy | |
| Property Damage Liability | Refer to Policy | |
| Medical Payments | Refer to Policy | |
| Car Damage Collision | Actual Cash Value Less $1,000 Deductible | |
| Car Damage Other Than Collision | Actual Cash Value Less $1,000 Deductible | |
| Maximum Stated Amount | $15,000 | |
| Towing and Labor Costs | $100 Each Occurrence | |
| Includes Access to Roadside Rescuer Program | | |

**CHANGE PREMIUM** ........................................................................................................................... **NIL**
**TOTAL ANNUAL PREMIUM**........................................................................................................$   **94**

**Includes the following Discounts and/or Surcharges:**
Package Discount                            Select Pay Plan Discount
Valued Policyholder Discount

| NAMED INSURED | POLICY PERIOD | POLICY NUMBER |
|---|---|---|
| MICHAEL & KATHERINE SCHLOTE | 05/30/2016 to 05/30/2017 | PX 267 98 26 |

| AUTO 3   2011  TOYOTA VENZA | 4T3BK3BB8BU052817 |
|---|---|

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| Bodily Injury Liability | 500,000 Each Person/500,000 Each Occurrence | |
| Property Damage Liability | 500,000 Each Occurrence | |
| Car Damage Collision | Actual Cash Value Less $1,000 Deductible | |
| Car Damage Other Than Collision | Actual Cash Value Less $1,000 Deductible | |
| MILE-STONE Gold | | |
| Includes Access to Roadside Rescuer Program | | |
| **CHANGE PREMIUM** | | **NIL** |
| **TOTAL ANNUAL PREMIUM** | | **$ 646** |

Includes the following Discounts and/or Surcharges:

| | |
|---|---|
| Claim Free/Violation Free Discount | Elite Drivers Discount |
| Financial Stability Discount | Multi-Car Discount |
| Package Discount | Select Pay Plan Discount |
| Valued Policyholder Discount | |

**DRIVERS FOR AUTO 3**

Principal Driver:  MICHAEL  SCHLOTE          Occasional Driver:

| Usage | Miles to Work | Days per Week | Annual Mileage | Years Insured |
|---|---|---|---|---|
| Work | 17 | 5 | 20,000 | 5 |

| AUTO 4   2000  TOYOTA CAMRY | JT2BG22KXY0477554 |
|---|---|

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| Bodily Injury Liability | 500,000 Each Person/500,000 Each Occurrence | $ 381 |
| Property Damage Liability | 500,000 Each Occurrence | $ 196 |
| Uninsured Motorist - Property Damage | Actual Cash Value Less $250 Deductible | $ 9 |
| **CHANGE PREMIUM** | | **$ 586** |
| **TOTAL ANNUAL PREMIUM** | | **$ 861** |

Includes the following Discounts and/or Surcharges:

| | |
|---|---|
| Claim Free/Violation Free Discount | Elite Drivers Discount |
| Financial Stability Discount | Multi-Car Discount |
| Package Discount | Select Pay Plan Discount |
| Valued Policyholder Discount | |

**DRIVERS FOR AUTO 4**

Principal Driver:  MICHAEL  SCHLOTE          Occasional Driver:

050036

| NAMED INSURED | POLICY PERIOD | POLICY NUMBER |
|---|---|---|
| MICHAEL & KATHERINE SCHLOTE | 05/30/2016 to 05/30/2017 | PX 267 98 26 |

| Usage | Miles to Work | Days per Week | Annual Mileage | Years Insured |
|---|---|---|---|---|
| Pleasure | 0 | 0 | 7,500 | 5 |

### FORMS AND OPTIONS APPLICABLE TO AUTO COVERAGE

| | |
|---|---|
| PKP 0005 0803 | MILE-STONE Homeowners Policy (Auto) |
| PLE 3026 1510 | Uninsured Motorists Coverage-Colorado |
| PLE 3027 1010 | Property Damage Uninsured Motorists Coverage-Colorado |
| PLE 3029 1201 | Colorado Private Passenger Automobile Insurance Disclosure Form |
| PLE 3034 1104 | Auto Loan/Lease Coverage |
| PLE 3035 0511 | Towing and Labor Costs Coverage |
| PLE 3036 1504 | Auto Rental Expense Coverage |
| PLE 3072 0912 | Air Bag Deployment Coverage |

### SUPPLEMENTAL AUTO INFORMATION                                                              PREMIUM

**PLE 3026 - Uninsured Motorists Coverage-Colorado**
500,000 Each Person/500,000 Each Accident

## UMBRELLA COVERAGE

Option A
**LIMIT OF LIABILITY** $1,000,000 PER OCCURRENCE
**RETAINED LIMIT** $ 250 PER OCCURRENCE
**PERSONAL INJURY OTHER THAN BODILY INJURY LIMIT** $1,000,000 AGGREGATE

Any Motorcycle Type or Antique Auto, CSI - Each Occurrence       $    500,000

**CHANGE PREMIUM**..................................................................................................$         43
**TOTAL ANNUAL PREMIUM** ......................................................................................$        181

Includes the following Discounts and/or Surcharges:
Select Pay Plan Discount

RATING INCLUDES THE FOLLOWING:
3   Auto                                              3   Driver in Household
1   Primary Residence Premises

### FORMS AND OPTIONS APPLICABLE TO UMBRELLA COVERAGE
PKP 0001-UMB 1507   MILE-STONE Umbrella Coverage Form